IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| HSIOUA PING ROLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-13-1298-D |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner, Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin issued pursuant to 28 U.S.C. § 636(b)(1)(B)-(C). Judge Goodwin finds that the Commissioner's decision denying Plaintiff's application for disability insurance benefits should be affirmed pursuant to 42 U.S.C. § 405(g). Plaintiff, who is represented by counsel, has not filed a timely objection to the Report and Recommendation nor requested additional time to object. Upon consideration, the Court finds that Plaintiff has waived further judicial review.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 20] is adopted in its entirety. The Commissioner's decision is affirmed. Judgment shall be entered accordingly.

IT IS SO ORDERED this 31st day of March, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE